UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v.-<br>JASON MORRISON,<br>                      Defendant. | 16 Cr. 551 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Defendant Morrison's letter, dated March 29, 2020, seeking compassionate release. The Court understands that Defendant's counsel wishes to file a motion supplementing the March 29, 2020 letter. Defendant's counsel shall file its supplementary motion on or before May 1, 2020. The Government shall respond on or before May 8, 2020.

      SO ORDERED.

Dated:    April 29, 2020
             New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge